UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,

    Plaintiff(s),

v.

TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10.

    Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| | |
|---|---|
| _____ | _____ |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| _____ | _____ |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| _____ | _____ |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

| | |
|---|---|
| 1 | Jim Walden (*pro hac vice to be filed*), jwalden@wmhlaw.com |
| 2 | Avni P. Patel (*pro hac vice to be filed*), apatel@wmhlaw.com |
| 3 | Deanna Paul (*pro hac vice to be filed*), dpaul@wmhlaw.com |
| 4 | Peter A. Devlin (*pro hac vice to be filed*), pdevlin@wmhlaw.com |
| 5 | Catherine Weiss (*pro hac vice to be filed*), cweiss@wmhlaw.com |
| 6 | Walden Macht & Haran LLP |
| 7 | 250 Vesey Street |
| 8 | New York, NY 10281 |
| 9 | (212) 225-2030 |
| 10 | |
| 11 | Marc Van Der Hout (SBN 80778), mv@vblaw.com |
| 12 | Johnny Sinodis (SBN 290402), jsin@vblaw.com |
| 13 | Van Der Hout LLP |
| 14 | 360 Post Street, Suite 800 |
| 15 | San Francisco, CA 94108 |
| 16 | (415) 821-8820 |
| 17 | |
| 18 | Andrea J. Prasow (*pro hac vice to be filed*), andrea@thefreedomi.org |
| 19 | The Freedom Initiative |
| 20 | 1101 New York Avenue, NW, Suite 1000 |
| 21 | Washington, DC 20005 |
| 22 | (917) 842-5109 |
| 23 | |
| 24 | Attorneys for Plaintiff Areej Al-Sadhan |
| 25 | |
| 26 | **UNITED STATES DISTRICT COURT** |
| 27 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 28 | **SAN FRANCISCO DIVISION** |

----------------------------------------------------------------X

AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,

     Plaintiffs,

  -against-

TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10.

     Defendants.

---------------------------------------------------------------- X

**Case Number:**

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Jim Walden hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Areej Al-Sadhan in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of the Supreme Court of New Jersey;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules; and,

3. An attorney, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel. The name and firm address of that attorney is:

Johnny Sinodis
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108; and,

4. I have not been granted pro hac vice admission by the Court in the 12 months preceding this application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2023

*/s/ Jim Walden*
Jim Walden
**WALDEN MACHT & HARAN LLP**
250 Vesey Street, 27th Fl.
New York, New York 10281
Tel: (212) 335-2031
jwalden@wmhlaw.com

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Jim Walden** (No. **313002021**) was constituted and appointed an Attorney at Law of New Jersey on **August 26, 2021** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 21st day of June, 20 22.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-