UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,

    Plaintiff(s),

v.

TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10.

    Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| | |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

| | |
|---|---|
| 1 | Jim Walden (*pro hac vice to be filed*), jwalden@wmhlaw.com |
| 2 | Avni P. Patel (*pro hac vice to be filed*), apatel@wmhlaw.com |
| 3 | Deanna Paul (*pro hac vice to be filed*), dpaul@wmhlaw.com |
| 4 | Peter A. Devlin (*pro hac vice to be filed*), pdevlin@wmhlaw.com |
| 5 | Catherine Weiss (*pro hac vice to be filed*), cweiss@wmhlaw.com |
| 6 | Walden Macht & Haran LLP |
| 7 | 250 Vesey Street |
| 8 | New York, NY 10281 |
| 9 | (212) 225-2030 |
| 10 | |
| 11 | Marc Van Der Hout (SBN 80778), mv@vblaw.com |
| 12 | Johnny Sinodis (SBN 290402), jsin@vblaw.com |
| 13 | Van Der Hout LLP |
| 14 | 360 Post Street, Suite 800 |
| 15 | San Francisco, CA 94108 |
| 16 | (415) 821-8820 |
| 17 | |
| 18 | Andrea J. Prasow (*pro hac vice to be filed*), andrea@thefreedomi.org |
| 19 | The Freedom Initiative |
| 20 | 1101 New York Avenue, NW, Suite 1000 |
| 21 | Washington, DC 20005 |
| 22 | (917) 842-5109 |
| 23 | |
| 24 | Attorneys for Plaintiff Areej Al-Sadhan |
| 25 | |
| 26 | **UNITED STATES DISTRICT COURT** |
| 27 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 28 | **SAN FRANCISCO DIVISION** |

-----------------------------------------------------------------X
AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,
              Plaintiffs,
   -against-

TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10.
              Defendants.
----------------------------------------------------------------- X

**Case Number:**

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Deanna Paul hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Areej Al-Sadhan in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of the United States District Court for the Southern District of New York;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules; and,

3. An attorney, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel. The name and firm address of that attorney is:

    Johnny Sinodis
    Van Der Hout LLP
    360 Post Street, Suite 800
    San Francisco, CA 94108; and,

4. I have not been granted pro hac vice admission by the Court in the 12 months preceding this application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2023

*/s/ Deanna Paul*
Deanna Paul
**WALDEN MACHT & HARAN LLP**
250 Vesey Street, 27th Fl.
New York, New York 10281
Tel: (212) 335-2035
dpaul@wmhlaw.com

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____DEANNA   PAUL_____, Bar # _____4992665_____

was duly admitted to practice in the Court on

_____February 03, 2022_____

and is in good standing as a member of the Bar of this Court

Dated at       500 Pearl St.                On       _____April 27, 2023_____
               New York, New York

                                                     By         s/ D. Shaw
_____Ruby J. Krajick_____                              _____
      Clerk of Court                                         Deputy Clerk