|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,

    Plaintiff(s),

v.

TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10.

    Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| | |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                               UNITED STATES DISTRICT/MAGISTRATE JUDGE

1  Jim Walden (*pro hac vice to be filed*), jwalden@wmhlaw.com
2  Avni P. Patel (*pro hac vice to be filed*), apatel@wmhlaw.com
3  Deanna Paul (*pro hac vice to be filed*), dpaul@wmhlaw.com
4  Peter A. Devlin (*pro hac vice to be filed*), pdevlin@wmhlaw.com
5  Catherine Weiss (*pro hac vice to be filed*), cweiss@wmhlaw.com
6  Walden Macht & Haran LLP
7  250 Vesey Street
8  New York, NY 10281
9  (212) 225-2030
10
11 Marc Van Der Hout (SBN 80778), mv@vblaw.com
12 Johnny Sinodis (SBN 290402), jsin@vblaw.com
13 Van Der Hout LLP
14 360 Post Street, Suite 800
15 San Francisco, CA 94108
16 (415) 821-8820
17
18 Andrea J. Prasow (*pro hac vice to be filed*), andrea@thefreedomi.org
19 The Freedom Initiative
20 1101 New York Avenue, NW, Suite 1000
21 Washington, DC 20005
22 (917) 842-5109
23
24 Attorneys for Plaintiff Areej Al-Sadhan
25
26 **UNITED STATES DISTRICT COURT**
27 **NORTHERN DISTRICT OF CALIFORNIA**
28 **SAN FRANCISCO DIVISION**

---------------------------------------------------------------- X
AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,
              Plaintiffs,
      -against-

TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10.
              Defendants.
---------------------------------------------------------------- X

**Case Number:**

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Peter Devlin hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Areej Al-Sadhan in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of the United States District Court for the Southern District of New York;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court and, where applicable, with the Bankruptcy Local Rules; and,

3. An attorney, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel. The name and firm address of that attorney is:

Johnny Sinodis
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108; and,

4. I have not been granted pro hac vice admission by the Court in the 12 months preceding this application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2023

*/s/ Peter Devlin*
Peter Devlin
**WALDEN MACHT & HARAN LLP**
250 Vesey Street, 27th Fl.
New York, New York 10281
Tel: (212) 335-2388
pdevlin@wmhlaw.com

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

___PETER  A.  DEVLIN___, Bar # ___5655378___

was duly admitted to practice in the Court on

___June 18, 2019___

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  ___April 27, 2023___
New York, New York

___Ruby J. Krajick___   By   s/ D. Shaw
Clerk of Court              ___Deputy Clerk___