UNITED STATES DISTRICT COURT                COUNTY OF FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff / Petitioner:**

AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,

**Defendant / Respondent:**

TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10.

**AFFIDAVIT OF SERVICE**

Index No:
3:23-cv-02369 KAW

Date Filed:
05/16/2023

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the State of California. That on Wed, May 24 2023 at 09:33 AM at 330 N BRAND BLVD SUITE 700, GLENDALE, CA 91203 deponent served the within NOTICE OF ASSIGMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, SUMMONS, COMPLAINT, STANDING ORDER AND ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINESALONG WITH JIM WALDEN BUSINESS CARD. upon TWITTER INC., DAISY MONTENEGRO, PROCESS SPECIALSIST, CT CORPORATIONS YSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS

[X] Corporation/Business/Government Agency:   TWITTER INC., DAISY MONTENEGRO, PROCESS SPECIALSIST, CT CORPORATIONS YSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS a Defendant/Non-Party Witness, therein named, by delivering a true copy of each to DAISY MONTENEGRO personally, deponent knew said corporation/business/government agency so served to be the corporation/business/government agency described, and knew said individual to be _____ PROCESS SPECIALSIST, CT CORPORATIONS YSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS thereof.

**Description:**

| Age: 30 | Ethnicity: Hispanic | Gender: Female | Weight: 166 |
|---|---|---|---|
| Height: 5'4" | Hair: Blond | Eyes: Brown | Relationship: |
| Other | | | |

**Service Details:**

_____  5/24/2023
Jose Alvarez, C.C.P.S. - Our Job #8919390
2013121559, Los Angeles
Alliance Risk Group

Sworn to before me on   5/24/23

_____
Notary Public

GPS Data
Mobile Device: Mozilla/5.0 (iPhone; CPU iPhone OS 16_5 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/16.5 Mobile/15E148 Safari/604.1
GPS Coordinates: 34.151562647523384, -118.2546133225759
GPS Accuracy: 189.2 ft
GPS Timestamp: 1684945981190
Device Timestamp:
GPS Altitude: 636.24 ft
GPS Altitude Accuracy: 11.49 ft

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF  Los Angeles }

Subscribed and sworn to (or affirmed) before me on this __24__ day of __May__ __2023__
                                                         Date        Month      Year

by ___Jose Alvarez___

_____
Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
Signature of Notary Public

FRANCIS FONG
COMM. # 2329736
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JULY 14, 2024

Seal
Place Notary Seal Above

------------------------------ OPTIONAL ------------------------------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Affidavit of Service__

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____