| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com |
| 3 | ANJALI SRINIVASAN - # 304413<br>asrinivasan@keker.com |
| 4 | W. HAMILTON JORDAN - # 295004<br>wjordan@keker.com |
| 5 | RYAN J. HAYWARD - # 330924<br>rhayward@keker.com |
| 6 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 7 | Telephone:     415 391 5400<br>Facsimile:      415 397 7188 |

Attorneys for Defendant X Corp., as Successor in Interest to Named Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 4:23-cv-02369-HSG<br><br>**NOTICE OF APPEARANCE OF ANJALI SRINIVASAN**<br><br>Dept.:         Courtroom 2 – 4th Floor<br>Judge:        Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: May 16, 2023<br>Trial Date:  Not Yet Set |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Anjali Srinivasan of the law firm of Keker, Van Nest & Peters LLP hereby appears as counsel of record on behalf of Defendant X Corp., as Successor in Interest to Named Defendant Twitter, Inc., in the above-captioned matter. Ms. Srinivasan is an active member of the State Bar of California and is admitted to practice before this Court. Counsel respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on her. Counsel consents to electronic service of papers in this action. Her address, telephone, fax, and email are listed below as follows:

> Anjali Srinivasan (SBN 304413)
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone: 415 391 5400
> Facsimile:  415 397 7188
> asrinivasan@keker.com

Dated: June 8, 2023                                KEKER, VAN NEST & PETERS LLP

By:  */s/ Anjali Srinivasan*
BENJAMIN BERKOWITZ
ANJALI SRINIVASAN
W. HAMILTON JORDAN
RYAN J. HAYWARD

Attorneys for Defendant X Corp.,
as Successor in Interest to Named
Defendant Twitter, Inc.