KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
W. HAMILTON JORDAN - # 295004
wjordan@keker.com
RYAN J. HAYWARD - # 330924
rhayward@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant X Corp.,
as Successor in Interest to Named
Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 4:23-cv-02369-HSG<br><br>**NOTICE OF APPEARANCE OF RYAN J. HAYWARD**<br><br>Dept.:     Courtroom 2 – 4th Floor<br>Judge:    Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: May 16, 2023<br>Trial Date: Not Yet Set |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Ryan J. Hayward of the law firm of Keker, Van Nest & Peters LLP hereby appears as counsel of record on behalf of Defendant X Corp., as Successor in Interest to Named Defendant Twitter, Inc., in the above-captioned matter.  Mr. Hayward is an active member of the State Bar of California and is admitted to practice before this Court.  Counsel respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him.  Counsel consents to electronic service of papers in this action.  His address, telephone, fax, and email are listed below as follows:

> Ryan J. Hayward (SBN 330924)
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone: 415 391 5400
> Facsimile:  415 397 7188
> rhayward@keker.com

Dated:  June 8, 2023

KEKER, VAN NEST & PETERS LLP

By:  /s/ *Ryan J. Hayward*
BENJAMIN BERKOWITZ
ANJALI SRINIVASAN
W. HAMILTON JORDAN
RYAN J. HAYWARD

Attorneys for Defendant X Corp., as Successor in Interest to Named Defendant Twitter, Inc.