1  KEKER, VAN NEST & PETERS LLP
   BENJAMIN BERKOWITZ - # 244441
2  bberkowitz@keker.com
   ANJALI SRINIVASAN - # 304413
3  asrinivasan@keker.com
   W. HAMILTON JORDAN - # 295004
4  wjordan@keker.com
   RYAN J. HAYWARD - # 330924
5  rhayward@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant X Corp.,
   as Successor in Interest to Named
9  Defendant Twitter, Inc.

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN, | Case No. 4:23-cv-02369-HSG
   | | **JOINT STIPULATION EXTENDING TWITTER'S TIME TO RESPOND TO COMPLAINT**
   | Plaintiffs, |
   | v. | Dept.:  Courtroom 2 – 4th Floor
   | | Judge:  Hon. Haywood S. Gilliam, Jr.
   | TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10, | Date Filed:  May 16, 2023
   | | Trial Date:  None Set
   | Defendants. |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Areej Al-Sadhan and Abdulrahman Al-Sadhan ("Plaintiffs") and Defendant X Corp., as Successor in Interest to Named Defendant Twitter, Inc. ("Twitter"), by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, Plaintiffs filed this lawsuit on May 16, 2023;

WHEREAS, under Federal Rule of Civil Procedure 12, Twitter's deadline to answer or otherwise respond to Plaintiff's Complaint is currently June 12, 2023;

WHEREAS, pursuant to Civil Local Rule 6-1(a), counsel for Plaintiffs and Twitter have conferred and agreed to extend Twitter's deadline to respond to the Complaint to July 12, 2023;

WHEREAS, the stipulated extension of time will not affect any existing date or deadline set by the Court;

IT IS THEREFORE HEREBY STIPULATED that:

Twitter's deadline to respond to the Complaint shall be extended to July 12, 2023.

SO STIPULATED AND AGREED.

Dated: June 8, 2023                                         KEKER, VAN NEST & PETERS LLP

                                                            By:   /s/ Benjamin Berkowitz
                                                                  BENJAMIN BERKOWITZ
                                                                  ANJALI SRINIVASAN
                                                                  W. HAMILTON JORDAN
                                                                  RYAN J. HAYWARD

                                                                  Attorneys for Defendant X Corp., as
                                                                  Successor in Interest to Named Defendant
                                                                  Twitter, Inc.

Dated: June 8, 2023                                         WALDEN MACHT & HARAN LLP

                                                            By:   /s/ Avni P. Patel
                                                                  AVNI P. PATEL

                                                                  Attorneys for Plaintiffs AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  June 8, 2023

*/s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ