KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
W. HAMILTON JORDAN - # 295004
wjordan@keker.com
RYAN J. HAYWARD - # 330924
rhayward@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant X Corp.,
as Successor in Interest to
Named Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AREEJ AL-SADHAN,<br><br>                Plaintiffs,<br><br>        v.<br><br>TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10,<br><br>                Defendants. | Case No. 4:23-cv-02369-HSG<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Dept.:       Courtroom 2 – 4th Floor<br>Judge:       Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: May 16, 2023<br>Trial Date: Not Yet Set |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS
Case No. 4:23-cv-02369-HSG

2167285

Under Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant X Corp., as successor in interest to named defendant Twitter, Inc., through its undersigned counsel, hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists.  X Corp. is a privately held corporation.  Its parent corporation is X Holdings Corp.  No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Under Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  X Holdings Corp.

The undersigned certifies that, as of this date, there is no conflict of interest (other than the named parties) to report.

Dated:  June 8, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
ANJALI SRINIVASAN
W. HAMILTON JORDAN
RYAN J. HAYWARD

Attorneys for Defendant X Corp.,
as Successor in Interest to
Named Defendant Twitter, Inc.

1

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 4:23-cv-02369-HSG

2167285