| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Jim Walden - Walden Macht & Haran LLP<br>250 Vesey Street, 27th Floor<br>New York, NY 10281<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>United States District Court for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | | |
| PLAINTIFF:<br>**Al-Sadhan et al**<br>DEFENDANT:<br>**Twitter et al** | | COURT CASE NO:<br>**4:23-CV-02369** |
| **Proof of Service of Summons** | | LEVYING OFFICER FILE NO:<br>**2023001642** |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   f. other *(specify documents):*
   Notice of Electronic Filing, United States District Court Northern District of California Brochure, Order Setting Initial Case Management Conference and ADR Deadlines, Order Reassigning Case, Consent or Declination to Magistrate Jurisdiction, Standing Order for Civil Cases before District Judge Haywood S. Gilliam, Jr., Standing Order for all Judges of the Northern District of California, Summon in a Civil Action, Proof of Service, SUMMONS AND COMPLAINT

3. a. Party Served *(specify name of party as shown on documents served):*

   **Ahmad Abouammo**

4. Address where party was served:   **3600 Guard Road**
   **Lompoc, CA 93436**

5. I served the party:

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 06/16/2023 at: 1:33 PM.

6. the "Notice to the Person Served" (on the summons) was completed as follows:

   a. as an individual defendant.

7. **Person who served the papers:**

   a. Name: **Deputy T. Marino, 0584**

   b. Address: **Sheriff's Civil Bureau, 312 East Cook St., P.O. Box 5049, Santa Maria, CA 93456**

   c. Telephone number: **(805) 346-7430**

   d. **The fee** for service was: **$40.00**

9. **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   Wednesday, June 21, 2023            by:   _____

Sheriff's Authorized Agent
Bill Brown

Judicial Council Form POS-010            Original

United States District Court for the Northern District of
California
450 Golden Gate Avenue
San Francisco, CA 94102

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Jim Walden - Walden Macht & Haran LLP<br>250 Vesey Street, 27th Floor<br>New York, NY 10281<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>**United States District Court for the Northern District of California**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** | | |
| PLAINTIFF:<br>**Al-Sadhan et al**<br>DEFENDANT:<br>**Twitter et al** | | COURT CASE NO:<br>**4:23-CV-02369** |
| **Proof of Service of Summons** | | LEVYING OFFICER FILE NO:<br>**2023001642** |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

    f. other *(specify documents):*
    Notice of Electronic Filing, United States District Court Northern District of California Brochure, Order Setting Initial Case Management Conference and ADR Deadlines, Order Reassigning Case, Consent or Declination to Magistrate Jurisdiction, Standing Order for Civil Cases before District Judge Haywood S. Gilliam, Jr., Standing Order for all Judges of the Northern District of California, Summon in a Civil Action, Proof of Service, SUMMONS AND COMPLAINT

3. a. Party Served *(specify name of party as shown on documents served):*

    **Ahmad Abouammo**

4. Address where party was served:    **3600 Guard Road**
    **Lompoc, CA 93436**

5. I served the party:

    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 06/16/2023 at:  1:33 PM.

6. the "Notice to the Person Served" (on the summons) was completed as follows:

    a. as an individual defendant.

7. **Person who served the papers:**

    a. Name: **Deputy T. Marino, 0584**

    b. Address: **Sheriff's Civil Bureau, 312 East Cook St., P.O. Box 5049, Santa Maria, CA 93456**

    c. Telephone number: **(805) 346-7430**

    d. **The fee** for service was: **$40.00**

9. **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  Wednesday, June 21, 2023          by:  *[signature]*

Sheriff's Authorized Agent
Bill Brown

Judicial Council Form POS-010          Attorney/Plaintiff
(c) CountySuite Sheriff, Teleosoft, Inc.

Jim Walden - Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281