KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
W. HAMILTON JORDAN - # 295004
wjordan@keker.com
RYAN J. HAYWARD - # 330924
rhayward@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant X Corp.,
as Successor in Interest to Named
Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 4:23 cv-02369-HSG<br><br>**DECLARATION OF X CORP. EMPLOYEE IN SUPPORT OF DEFENDANT X CORP.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:       September 14, 2023<br>Time:       2:00 p.m.<br>Dept.:       Courtroom 2    4th Floor<br>Judge:      Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: May 16, 2023<br>Trial Date: None Set |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

DECLARATION OF X CORP. EMPLOYEE IN SUPPORT OF DEFENDANT X CORP.'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT
Case No. 4:23-cv-02369-HSG

2314894

1    I, ▮▮▮▮▮▮▮▮, declare as follows:

2    1.    I am a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at X Corp.,

3    successor in interest to Twitter, Inc. ("Twitter"). I have been employed with Twitter since

4    ▮▮▮▮▮▮▮ I submit this declaration in connection with X Corp.'s Motion to Dismiss

5    Plaintiffs' Complaint. The facts herein are based on my personal review of Twitter's business

6    records, and if called as a witness, I could and would testify competently as to those facts.

7    2.    As reflected in Twitter's records, on or about December 11, 2015, Twitter sent

8    notifications to potentially affected users via email. Attached hereto as **Exhibit 1** is a true and

9    correct copy of the text of the December 11, 2015 email notification. As reflected in Exhibit 1,

10   the notifications were sent in various languages corresponding to the language selected by the

11   user when he or she signed up for his or her Twitter account.

12   3.    Based upon my review of Twitter's records, Twitter maintains in its files a list of

13   accounts who were sent the email notification referred to in Paragraph 2 above. Attached hereto

14   as **Exhibit 2** is a true and correct copy of a .txt file containing a list of User ID Numbers of users

15   who were sent the email notification discussed in Paragraph 2 above in English. The list includes

16   Plaintiff Abdulrahman Al-Sadhan's User ID Number: 346397215, which indicates that Twitter

17   sent him the email notification in English at the e-mail address Twitter has on file for him which

18   is ▮▮▮▮▮▮▮▮▮▮▮ Mr. Al-Sadhan's User ID Number appears on page 1 of this

19   Exhibit. This .txt file was created on or around December 11, 2015, and has been maintained in

20   Twitter's records since that time. This Exhibit has been redacted to remove reference to users

21   other than Mr. Al-Sadhan.

22

23   I declare under penalty of perjury under the laws of the United States of America that the

24   foregoing is true and correct, and that this declaration was executed on July 12, 2023, in San

25   Francisco, California.

26

27

28

DECLARATION OF X CORP. EMPLOYEE IN SUPPORT OF DEFENDANT X CORP.'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT
Case No. 4:23-cv-02369-HSG

2314894

# EXHIBIT 1

**December 11, 2015 Notice**

| Language | Text of Email Notice | Text Ready to Go? | User List to use in (All files in this Folder) | User List Finalized? |
|---|---|---|---|---|
| English | Notice | Yes | English_Userlist.txt | Yes |
| Arabic | Notice | Yes | Arabic_Userlist.txt | |
| French | Notice | Yes | French_Userlist.txt | Yes |
| German | Notice | Yes | German_Userlist.txt | Yes |
| Japanese | Notice | Yes | Japanese_Userlist.txt | Yes |
| Korean | Notice | Yes | Korean_Userlist.txt | Yes |
| Portuguese | Notice | Yes | Portuguese_Userlist.txt | Yes |
| Spanish | Notice | Yes | Spanish_Userlist.txt | Yes |
| Turkish | Notice | Yes | Turkish_Userlist.txt | Yes |

**English Notice:**

    User list to use: English_Userlist.txt

TO: [recipient]
FROM: Twitter
SUBJECT: Important Safety Information
DATE: Dec. 11, 2015

Dear @{{screen_name}},

As a precaution, we are alerting you that your Twitter account is one of a small group of accounts that may have been targeted by state-sponsored actors. We believe that these actors (possibly associated with a government) may have been trying to obtain information such as email addresses, IP addresses, and/or phone numbers.

At this time, we have no evidence they obtained your account information, but we're actively investigating this matter. We wish we had more we could share, but we don't have any additional information we can provide at this time.

It's possible your account may not have been an intended target of the suspected activity, but we wanted to alert you as soon as possible. We recognize that this may be of particular concern if you choose to Tweet using a pseudonym. For tips on protecting your identity online, you may want to visit the Tor Project or EFF's Protecting Yourself on Social Networks.

- Twitter

---

**Arabic Notice**

الى:
من:
الموضوع: معلومات امنية مهمة
التاريخ:

حضرة مستخدم تويتر ، @{{screen_name}}

للوقاية، ننبهك بأن هنالك احتمال ان حساب تويتر الذي يخصك هو من احد الحسابات من مجموعة صغيرة من الحسابات التي ربما استهدفتها جهات حكومية. نظن ان هذه الجهات (التي ممكن ان تكون لها علاقة بالحكومة) ربما جربت الحصول على معلومات مثل عناوين بريد الكترونية، بروتوكولات الإنترنت (IP)، و/او ارقام هاتفية.

حالياً، لا توجد عندنا اثباتات ان هذه الجهات حصلت على معلومات حسابك، ولكننا نجري تحقيقاً في هذا الامر.  للأسف، لا تتوفر عندنا معلومات اضافية التي بامكاننا تزويدها في هذا الحين.

من المحتمل ان حسابك لم يكن مقصود للاستهداف من قبل العملية المشبوه بها، ولكن اردنا تنبيهك في اسرع وقت ممكن. نحن ندرك بأن هذا ممكن ان يسبب قلق بالاخص اذا كنت تغرد باسم مستعار.  لارشادات حول حماية هويتك عبر الانترنت بامكانك الاطلاع على مشروع تور او مقالة حماية نفسك على شبكات التواصل الاجتماعي بقلم مؤسسة التخوم الإلكترونية.

تويتر

**French Notice**

SUBJECT: Informations importantes sur la sécurité de votre compte

DATE: 11 décembre 2015

Cher/Chère @{{screen_name}},

Par mesure de précaution, nous souhaitons vous informer que votre compte Twitter fait partie d'un petit groupe de comptes ayant peut-être fait l'objet d'un ciblage de la part d'agents commandités par un Etat. Nous pensons que ces agents (qui sont peut-être associés à un gouvernement) ont éventuellement essayé d'obtenir certaines informations telles que des courriels, des adresses IP, et/ou des numéros de téléphone.

A l'heure actuelle, nous n'avons pas de preuve qu'ils aient eu accès auxdonnées de votre compte, mais nous poursuivons activement notre enquête. Nous souhaiterions avoir davantage de détails à vous faire part, mais sommes dans l'incapacité de fournir de plus amples informations actuellement.

Il se peut que votre compte n'ait pas été une cible intentionnelle de ces activités suspectes, mais nous souhaitions vous prévenir dès que possible. Nous sommes conscients que cette situation puisse revêtir une importance particulière si vous tweetez sous un pseudonyme. Si vous souhaitez obtenir des conseils sur la protection de votre identité sur internet, les pages Tor Project ou EFF's Protecting Yourself on Social Networks sont susceptibles de vous intéresser.

- Twitter

**German Notice**

TO: [recipient]
FROM: Twitter
SUBJECT: Wichtiger Sicherheitshinweis
DATE: Dec. 11, 2015

Sehr geehrter @{{screen_name}},

Rein vorsorglich möchten wir Sie darüber informieren, dass Ihr Account zu einer kleinen Gruppe von Accounts gehört, die Ziel eines staatlich motivierten Hackerangriffs geworden sein könnte. Das bedeutet, dass die Hacker möglicherweise mit einer Regierung in Verbindung stehen. Wir vermuten, dass Daten und Informationen wie zum Beispiel Email-Adressen, IP-Adressen und Telefonnummern ausspioniert werden sollten.

Zu diesem Zeitpunkt haben wir keine sicheren Erkenntnisse darüber, dass Daten Ihres Accounts tatsächlich ausspioniert wurden. Wir untersuchen dies aber intensiv und stellen entsprechende Nachforschungen an. Wir würden uns selbst wünschen, Ihnen genauere Informationen mitteilen zu können. Leider liegen uns solche zu diesem Zeitpunkt nicht vor.

Es ist möglich, dass Ihr Account nicht betroffen oder nur ungewollt Gegenstand eines derartigen Hackerangriffs geworden ist. Dennoch möchten wir Sie rein vorsorglich so früh wie möglich benachrichtigen. Wir haben festgestellt, dass insbesondere solche Nutzer betroffen sind, welche unter einem Pseudonym twittern.Entsprechende Tipps und Hinweise, wie Sie Ihre Identität und Daten online schützen können, finden Sie auf folgenden Internetseiten: Tor Project oder EFF's Protecting Yourself on Social Networks.


- Twitter

**Japanese Notice**
**EMAIL:**

TO: [recipient]
FROM: Twitter
SUBJECT: アカウントにおく安全性に関わるご報告
DATE: Dec. 11, 2015

Twitter ユーザー @{{screen_name}} さま

注意喚起としてお伝えしますが、あなたのTwitterアカウントは、国家による行為の標的となった少数のアカウントの中に含まれている可能性があります。そうした（場合によっては政府に関連する）行為によって、メールアドレス、IPアドレス及び／又は電話番号などの情報を取得しようとする試みがなされた可能性があります。

現時点では、あなたのアカウント情報が取得されたかどうかは不明ですが、調査を迅速に行っています。共有できることがもっとあればと思いますが、現時点では、あいにく皆さまにお伝えできるようなその他の情報を持ち合わせていません。

あなたのアカウントはそうした疑わしい行為の意図的な標的に含まれていない可能性もありますが、できるかぎり早く皆さまに注意喚起をしておきたいと思いました。あなたが偽名または匿名を使用してツイートしている場合、特に深刻に思われることと察します。ネット上で個人情報を守るためには、下記記事をご参照ください。
<u>Tor Project</u> or <u>EFF's Protecting Yourself on Social Networks</u>

- Twitter

---

**Korean**

**받는이: [수신자]**

**보내는이: 트위터**

**제목: 보안 관련 중요한 정보를 공지드립니다**

날짜: 2015년 12월 11일

@{{screen_name}} 트위터 사용자님,

귀하의 트위터 계정이 외국 정부 관련 기관들의 소수의 탐색 대상 계정 중 하나로 감지되었을 가능성이 있음을 알려드립니다. 당사는 이 기관들이 이메일, IP 주소 및 또는 전화 번호 수집을 시도하였을 수도 있다고 사료됩니다.

이 시점에서 당사는 귀하의 계정 관련 정보 수집 여부에 대한 증거는 보유하고 있지 않으나, 이 문제에 대해 신속하게 조사에 착수 하고 있습니다. 귀하에게 당사가 현재 추가적으로 통보해 드릴 수 있는 정보는 없습니다.

귀하의 계정이 의도적으로 감지 되지 않았다는 가능성은 있으나 당사는 귀하의 계정이 이러한 상황에 노출되어 있음을 신속하게 통보해 드립니다. 익명 계정을 사용하시는 경우 상기 내용은 귀하에게 더 큰 염려를 끼칠 것으로 사료 됩니다. 귀하의 온라인 신상 정보를 보호하기 위한 정보를 원하신다면 Tor Project 또는 EFF's Protecting Yourself on Social Networks 를 참고 부탁드립니다.

- 트위터 드림

**Portuguese**

TO: [recipient]
FROM: Twitter
SUBJECT: Informação Importante de Segurança
DATE: 11 de Dezembro de 2015

Caro @{{screen_name}},

Como precaução, estamos alertando você de que sua conta do Twitter está entre um grupo pequeno de contas que pode ter sido alvo de indivíduos patrocinados por um estado. Nós acreditamos que estes indivíduos (possivelmente associados a um governo) possam ter tentado obter informações como endereço de email, endereço de IP e/ou números de telefone.

Neste momento nós não temos qualquer evidência de que eles obtiveram informações de sua conta, mas estamos investigando este assunto de forma ativa. Nós gostaríamos de pode dividir mais, porém nós não temos informações adicionais neste momento.

É possível que sua conta não tenha sido o alvo pretendido desta atividade suspeita, mas nós queríamos alertar você o mais rápido possível. Nós reconhecemos que isto pode ser particularmente preocupante se você escolhe usar o Twitter com um pseudônimo. Para dicas em como proteger sua identidade online, sugerimos que você visite o Projeto Tor ou EFF Protegendo Você em Redes Sociais.

- Twitter

---

**Spanish**
**EMAIL:**

TO: [recipient]
FROM: Twitter
SUBJECT: Importante Información de Seguridad
DATE: 11 de diciembre de 2015

Estimado/a @{{screen_name}},

Como medida de precaución, le estamos alertando que su cuenta de Twitter se encuentra dentro de un grupo reducido de cuentas que han podido ser objetivo de una operación ordenada por un  estado. Creemos que esta operación (posiblemente asociada con un gobierno) ha podido intentar obtener información como direcciones de correo electrónico, direcciones de IP, y/o numeros de teléfono.

En este momento, no tenemos prueba de que hayan obtenido información de su cuenta de Twitter, pero estamos investigando este asunto activamente. Desearíamos tener más información que compartir, pero no disponemos de más información en este momento.

Es posible que su cuenta no haya sido una meta intencional  de la presunta operación, pero queremos alertarle lo antes posible. Entendemos que esto pueda preocuparle particularmente si usa un pseudónimo en Twitter. Para obtener consejos sobre cómo proteger su identidad en línea, puede visitar los enlaces siguientes Tor Project (en inglés) o EFF Protegiéndote en las Redes Sociales (en español).

- Twitter

---

**Turkish**
**EMAIL:**

TO: [recipient]
FROM: Twitter
SUBJECT: Önemli Güvenlik Bilgisi
DATE: 11 Kasım 2015

Sayın @{{screen_name}},

Ön bir tedbir olarak, Twitter hesabınızın devlet destekli eylemcilerin hedeflediği küçük bir grubun içinde olabileceği uyarısında bulunuyoruz. Bu eylemcilerin (muhtemel bir devlet bağı olan) e-posta, IP adresi, ve/veya telefon numarası gibi bilgileri elde etmeye yönelik çalıştıklarına inanıyoruz.

Şu anda, hesap bilgilerinizin ele geçirildiğine dair bir kanıt bulunmuyor, fakat bu durumu aktif olarak incelemekteyiz. Paylaşabileceğimiz daha fazla bilgi olmasını arzu ederdik, fakat şu anda verebileceğimiz herhangi bir ek bilgi elimizde mevcut değildir.

Hesabınızın bu şüpheli eylemin gerçek hedefi olmaması ihtimal içerisindedir, fakat bu durumu size derhal bildirmeyi arzu ettik. Eğer bir rumuz/takma ad ile Tweet atıyorsanız, bu durumun endişe verici olabileceğini takdir ediyoruz. Online kimliğinizi nasıl koruyabileceğinize yönelik tavsiyeler için, Tor Project veya EFF'in Sosyal Ağlarda Kendinizi Korumak sayfalarını ziyaret edebilirsiniz.

Saygılar,

Twitter

# EXHIBIT 2

311403

English_Userlist



346397215

English_Userlist



English_Userlist



English_Userlist





English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist





English_Userlist

English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist

English_Userlist



English_Userlist



English_Userlist

English_Userlist



English_Userlist



English_Userlist

English_Userlist



English_Userlist



English_Userlist





English_Userlist

English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist



English_Userlist





English_Userlist