KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
W. HAMILTON JORDAN - # 295004
wjordan@keker.com
RYAN J. HAYWARD - # 330924
rhayward@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant X Corp.,
as Successor in Interest to Named
Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 4:23-cv-02369-HSG<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE DEFENDANT'S MOTION TO DISMISS**<br><br>Dept.:     Courtroom 2 – 4th Floor<br>Judge:    Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: May 16, 2023<br>Trial Date: None Set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Areej Al-Sadhan and Abdulrahman Al-Sadhan ("Plaintiffs") and Defendant X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter"), (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and request as follows:

WHERAS, Plaintiffs filed this lawsuit on May 16, 2023;

WHEREAS, on June 9, 2023, Twitter filed a stipulation whereby the Parties agreed to extend Twitter's deadline to respond to Plaintiffs' Complaint to July 12, 2023;

WHEREAS, on July 12, 2023, Twitter filed a Motion to Dismiss Plaintiffs' Complaint, as well as a Request for Judicial Notice;

WHEREAS, under Civil Local Rules 7-3(a) and 7-3(c), Plaintiffs' deadline to oppose Twitter's Motion to Dismiss is currently July 26, 2023, and Twitter's deadline to reply to any such opposition is seven days after such opposition is filed;

WHEREAS, Twitter's Motion to Dismiss has been re-noticed for hearing on October 12, 2023;

WHEREAS, counsel for the Parties have conferred and agreed regarding a reasonable extension for the Parties to have adequate time to prepare further briefing regarding Twitter's Motion to Dismiss in light of counsel's preexisting scheduling and obligations in other matters;

WHEREAS, the Parties have agreed, and jointly request, to extend the deadline for Plaintiffs' opposition to Twitter's Motion to Dismiss to August 9, 2023, and to extend the deadline for Twitter's reply in support of its Motion to Dismiss to August 30, 2023, with such deadlines applying as well to Plaintiffs' opposition (if any) to Twitter's Request for Judicial Notice, and to Twitter's reply (if any) in support of its Request for Judicial Notice, respectively;

WHEREAS, the stipulated extension of time would not have any effect on any other date or deadline set by the Court;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

1. The deadline for Plaintiffs to file their opposition to Twitter's Motion to Dismiss shall be extended to August 9, 2023, with the same deadline applying to any opposition by Plaintiffs to Twitter's Request for Judicial Notice; and

2. The deadline for Twitter to file its reply in support of its Motion to Dismiss shall be extended to August 30, 2023, with the same deadline applying to any reply in support of Twitter's Request for Judicial Notice.

**IT IS SO STIPULATED.**

Dated:  July 18, 2023                                KEKER, VAN NEST & PETERS LLP

By:  */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
ANJALI SRINIVASAN
W. HAMILTON JORDAN
RYAN J. HAYWARD

Attorneys for Defendant X Corp.,
as Successor in Interest to Named
Defendant Twitter, Inc.

Dated:  July 18, 2023                                WALDEN MACHT & HARAN LLP

By:  */s/ Avni P. Patel*
AVNI P. PATEL

Attorneys for Plaintiffs AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 18, 2023                                         */s/ Benjamin Berkowitz*
                                                                              BENJAMIN BERKOWITZ

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The deadline for Plaintiffs to file their opposition to Twitter's Motion to Dismiss shall be extended to August 9, 2023, with the same deadline applying to any opposition by Plaintiffs to Twitter's Request for Judicial Notice; and

2. The deadline for Twitter to file its reply in support of its Motion to Dismiss shall be extended to August 30, 2023, with the same deadline applying to any reply in support of Twitter's Request for Judicial Notice.

**IT IS SO ORDERED.**

Dated:   7/19/2023

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE