# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 20, 2023     **Time:** 2:47-4:02     **Judge:** EDWARD M. CHEN
                                 1hour, 15 minutes

**Case No.:** 23-cv-02369-EMC     **Case Name:** Al-Sadhan v. Twitter Inc.

**Attorneys for Plaintiffs:** Jim Walden, Peter Devlin, Marc Van Der Hout, John Sinodis
**Attorney for Defendant:** Benjamin Berkowitz

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Motion to Dismiss - held via Zoom

## SUMMARY

Parties stated appearances. Oral argument presented.  Matter taken under submission.