**WALDEN MACHT & HARAN LLP**

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

March 11, 2024

**RECEIVED**

MAR 1 4 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Mailed by Fed Exp - env. provided*

**Via Mail**
Office of the Clerk of Court
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Al-Sadhan v. Twitter, Inc. et al.*
      **Case No. 23-cv-02369-EMC**

Dear Clerk of Court:

We represent Plaintiff Areej Al-Sadhan in the above-referenced case. To complete service of process for Defendant Kingdom of Saudi Arabia, we write to respectfully request that you mail the attached documents to the U.S. Department of State pursuant to 28 U.S.C. § 1608(a)(4).

The following documents are enclosed pursuant to the statutory and regulatory requirements:
1. A cover letter addressed to the Department of State.
2. A cashier's check addressed to the Department of State.
3. Two copies of the summons, first amended complaint, and notice of suit.
4. Two copies of the translation of the summons, first amended complaint, and notice of suit into Arabic, the official language of the Kingdom of Saudi Arabia.
5. Proof of unsuccessful mailing to the Kingdom of Saudi Arabia's Ministry of Foreign Affairs.
6. Additional documents required by the United States District Court for the Northern District of California to be served upon defendants.

We make this request because we could not serve Defendant Kingdom of Saudi Arabia pursuant to 28 U.S.C. §§ 1608(a)(1), (2), or (3) because Plaintiff did not make any special arrangement with Defendant Kingdom of Saudi Arabia to complete service, *see id.* § 1608(a)(1); there is no applicable international convention on service of judicial documents to govern service of Defendant Kingdom of Saudi Arabia, *see id.* § 1608(a)(2); and Plaintiff's attempt to serve Defendant Kingdom of Saudi Arabia by mail through your office was not successful and 30 days have passed since the attempt, *see id.* § 1608(a)(3).

Accordingly, we respectfully request that you mail the enclosed documents to the following address and provide proof of delivery:

U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA

1

**WALDEN**
**MACHT**
**&HARAN** LLP

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

March 11, 2024

**Via Mail from U.S. District Court, Northern District of California Clerk of Court**
U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA

Re:   *Al-Sadhan v. Twitter, Inc. et al.*
      **Case No. 23-cv-02369-EMC**

To whom it may concern:

We represent Plaintiff Areej Al-Sadhan in the above-referenced case. To complete service of process for Defendant Kingdom of Saudi Arabia, we write to respectfully request that you deploy your service functions under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

In making this request, we certify that we could not serve Defendant Kingdom of Saudi Arabia pursuant to 28 U.S.C. §§ 1608(a)(1), (2), or (3) because Plaintiff did not make any special arrangement with Defendant Kingdom of Saudi Arabia to complete service, *see id.* § 1608(a)(1); there is no applicable international convention on service of judicial documents to govern service of Defendant Kingdom of Saudi Arabia, *see id.* § 1608(a)(2); and Plaintiff's attempt to serve Defendant Kingdom of Saudi Arabia by mail to its Ministry of Foreign Affairs was not successful and 30 days have passed since the attempt, *see id.* § 1608(a)(3).

The following documents are enclosed pursuant to the statutory and regulatory requirements:
1. Two copies of the summons, first amended complaint, and notice of suit.
2. Two copies of the translation of the summons, first amended complaint, and notice of suit into Arabic, the official language of the Kingdom of Saudi Arabia.
3. Proof of unsuccessful mailing to the Kingdom of Saudi Arabia's Ministry of Foreign Affairs.
4. A cashier's check in the amount of $2,275 addressed to the U.S. Department of State.
5. Additional documents required by the United States District Court for the Northern District of California to be served upon defendants.

Respectfully submitted,

*/s/ Jim Walden*
Jim Walden
Walden Macht & Haran LLP
250 Vesey Street, 27th Floor
New York, NY 10281
(212) 335-2030
jwalden@wmhlaw.com

*Attorney for Areej Al-Sadhan*

1