| | |
|---|---|
| **HARRIS ST. LAURENT & WESCHSLER LLP**<br>Barry J. Pollack (*pro hac vice*)<br>1775 Pennsylvania Ave., N.W., Suite 650<br>Washington, DC 20006<br>Tel: (202) 617-5971<br>bpollack@hs-law.com<br>**CARMICHAEL ELLIS & BROCK, PLLC**<br>Jessica Carmichael (*pro hac vice*)<br>108 N Alfred Street 1st Floor<br>Alexandria, VA 22314<br>Tel: (703) 684-7908<br>jessica@carmichaellegal.com<br>**LAW OFFICES OF GAIL SHIFMAN**<br>Gail R. Shifman<br>2431 Fillmore Street<br>San Francisco, CA 94115<br>Tel: (415) 551-1500<br>gail@shifmangroup.com<br><br>*Attorneys for Defendant Saud Al-Qahtani* | **ZUCKERMAN SPAEDER LLP**<br>William W. Taylor, III (*pro hac vice pending*)<br>Margarita K. O'Donnell (*pro hac vice pending*)<br>Ivano Ventresca (*pro hac vice pending*)<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>Tel: (202) 778-1800<br>wtaylor@zuckerman.com<br><br>**BIENERT KATZMAN LITTRELL WILLIAMS LLP**<br>John L. Littrell, S.B.N. 221601<br>Olivia L. Weber, S.B.N. 319918<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>Tel: (949) 369-3700<br>jlittrell@bklwlaw.com<br><br>*Attorneys for Defendant Bader Al-Asaker* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,<br><br>Plaintiffs,<br>v.<br><br>TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 3:23-cv-02369-EMC<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS SAUD AL-QAHTANI AND BADER AL-ASAKER'S TIME TO RESPOND TO COMPLAINT**<br><br>Dept.: Courtroom 5 – 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Date Filed: July 10, 2024<br>Trial Date: None Set |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Areej Al-Sadhan and Abdulrahman Al-Sadhan ("Plaintiffs") and Defendants Saud Al-Qahtani ("Mr. Al-Qahtani") and Bader Al-Asaker ("Mr. Al-Asaker"), by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, Plaintiffs filed this lawsuit on May 16, 2023;

WHEREAS, the Court granted Plaintiffs' Motion for Service by Alternative Means as to Mr. Al-Qahtani and Mr. Al-Asaker on June 14, 2024;

WHEREAS, Plaintiffs, on June 20, 2024, served U.S.-based counsel for Mr. Al-Qahtani and Mr. Al-Asaker pursuant to the Court's order[1];

WHEREAS, under Federal Rule of Civil Procedure 12, Mr. Al-Qahtani and Mr. Al-Asaker's deadline to answer or otherwise respond to Plaintiffs' Complaint is currently July 11, 2024;

WHEREAS, pursuant to Civil Local Rule 6-1(a), counsel for Plaintiffs and Mr. Al-Qahtani and Mr. Al-Asaker have conferred and agreed to extend Mr. Al-Qahtani and Mr. Al-Asaker's deadline to answer, move, or otherwise respond to the Complaint to August 30, 2024; and

WHEREAS, the stipulated extension of time will not affect any existing date or deadline set by the Court;

IT IS THEREFORE HEREBY STIPULATED that:

Mr. Al-Qahtani and Mr. Al-Asaker's deadline to answer or otherwise respond to the Complaint shall be extended to August 30, 2024.

SO STIPULATED AND AGREED.

---

[1] Defendants are not waiving any objections or arguments to the method of alternative service.

1  Dated: July 10, 2024                              Respectfully submitted,

2

3  /s/ Avni P. Patel                                 /s/ Olivia L. Weber
   Avni P. Patel                                     John L. Littrell
4  WALDEN MACHT HARAN & WILLIAMS                     Olivia L. Weber
   LLP                                               BIENERT KATZMAN LITTRELL
5  250 Vesey Street, 27th Floor                      WILLIAMS LLP
   New York, NY 10281                                903 Calle Amanecer, Suite 350
6  Tel: (212) 335-2041                               San Clemente, CA 92673
7  apatel@wmhwlaw.com                                Tel: (949) 369-3700
                                                     jlittrell@bklwlaw.com
8  *Attorneys for Plaintiffs Areej Alsadhan*         oweber@bklwlaw.com
   *and Abdulrahman Alsadhan,*
9  *an Incompetent, by his Sister*                   William W. Taylor, III (*pro hac vice*
10 *and Next Friend Areej Alsadhan*                  *pending*)
                                                     Margarita K. O'Donnell (*pro hac vice pending*)
11                                                   Ivano Ventresca (*pro hac vice pending*)
                                                     ZUCKERMAN SPAEDER LLP
12                                                   1800 M Street, NW, Suite 1000
13                                                   Washington, DC 20036
                                                     Tel: (202) 778-1800
14                                                   Fax: (202) 822-8106
                                                     wtaylor@zuckerman.com
15                                                   modonnell@zuckerman.com
16                                                   iventresca@zuckerman.com

17                                                   *Attorneys for Defendant Bader Al-Asaker*

18                                                   /s/ Barry J. Pollack
                                                     HARRIS ST. LAURENT &
19                                                   WESCHSLER LLP
                                                     Barry J. Pollack (*pro hac vice*)
20                                                   1775 Pennsylvania Ave., N.W., Suite 650
21                                                   Washington, DC 20006
                                                     Tel: (202) 617-5971
22                                                   bpollack@hs-law.com

23
                                                     Jessica Carmichael (*pro hac vice*)
24                                                   CARMICHAEL ELLIS & BROCK, PLLC
                                                     108 N Alfred Street 1st Floor
25                                                   Alexandria, VA 22314
26                                                   Tel: (703) 684-7908
                                                     jessica@carmichaellegal.com
27

28

Gail R. Shifman
LAW OFFICES OF GAIL SHIFMAN
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 551-1500
Fax: (415) 551-1502
gail@shifmangroup.com

*Attorneys for Defendant Saud Al-Qahtani*

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 10, 2024                                         */s/ Olivia L. Weber*
                                                             Olivia L. Weber