SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (CA Bar No. 114789)
mark.dosker@squirepb.com
555 California Street, Suite 550
San Francisco, California 94104
Telephone:   +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Defendants
KINGDOM OF SAUDI ARABIA and SAUDI
ARABIAN CULTURAL MISSION

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREEJ AL-SADHAN, and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 3:23-cv-02369-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS KINGDOM OF SAUDI ARABIA AND SAUDI ARABIAN CULTURAL MISSION**<br><br>Judge:   Honorable Edward M. Chen<br><br>Date Action Filed: May 16, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants KINGDOM OF SAUDI ARABIA and SAUDI ARABIAN CULTURAL MISSION are represented in this action by the following counsel:

SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (CA Bar No. 114789)
555 California Street, Suite 550
San Francisco, CA  94104
Telephone:     +1 415 954 0200
Facsimile:     +1 415 393 9887
E-mail:        mark.dosker@squirepb.com

KELLOG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
Michael K. Kellogg (Application for Admission *Pro Hac Vice* to be filed)
1615 M Street NW, Suite 400
Washington, D.C.  20036
Telephone:     +1 202 326 7967
Facsimile:     +1 202 326 7999
E-mail:        mkellogg@kellogghansen.com

KELLOG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
Gregory P. Rapawy (Application for Admission *Pro Hac Vice* to be filed)
1615 M Street NW, Suite 400
Washington, D.C.  20036
Telephone:     +1 202 326 7967
Facsimile:     +1 202 326 7999
E-mail:        grapawy@kellogghansen.com

KELLOG, HANSEN, TODD, FIGEL & FREDERICK, PLLC
Andrew C. Shen (Application for Admission *Pro Hac Vice* to be filed)
1615 M Street NW, Suite 400
Washington, D.C.  20036
Telephone:     +1 202 326 7967
Facsimile:     +1 202 326 7999
E-mail:        ashen@kellogghansen.com

Dated:  July 22, 2024

SQUIRE PATTON BOGGS (US) LLP

By:     */s/ Mark C. Dosker*
         Mark C. Dosker
Attorneys for Defendants
KINGDOM OF SAUDI ARABIA and SAUDI ARABIAN CULTURAL MISSION