1  Jim Walden (pro hac vice), jwalden@wmhwlaw.com
   Avni P. Patel (pro hac vice), apatel@wmhwlaw.com
2  Deanna Paul (pro hac vice), dpaul@wmhwlaw.com
   Walden Macht Haran & Williams LLP
3  250 Vesey Street
   New York, NY 10281
4  (212) 225-2030

5
   Marc Van Der Hout (SBN 80778), mv@vblaw.com
6  Johnny Sinodis (SBN 290402), jsin@vblaw.com
   Van Der Hout LLP
7  360 Post Street, Suite 800
   San Francisco, CA 94108
8  (415) 821-8820

9
   Attorneys for Plaintiff Areej Al-Sadhan
10

11
                    **IN THE UNITED STATES DISTRICT COURT**
12                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
13
14  AREEJ AL-SADHAN and                      Case No. 3:23-cv-02369-EMC
    ABDULRAHMAN AL-SADHAN, an
    Incompetent, by his Sister and Next Friend   **[~~PROPOSED~~ ORDER] TO JOINT**
15  AREEJ AL-SADHAN,                         **STIPULATION EXTENDING**
                                             **DEFENDANTS KINGDOM OF SAUDI**
16                                           **ARABIA, THE SAUDI ARABIAN**
                      PLAINTIFFS,            **CULTURAL MISSION, SAUD AL-**
17        v.                                 **QAHTANI, AND BADER AL-ASAKER'S**
                                             **TIME TO RESPOND TO FIRST**
18  TWITTER, INC., KINGDOM OF SAUDI          **AMENDED COMPLAINT**
    ARABIA, SAUD AL-QAHTANI,
19  AHMAD ABOUAMMO, ALI
    ALZABARAH, AHMED ALMUTAIRI              DEPT.:      COURTROOM 5 – 17TH FLOOR
20  a/k/a AHMED ALJBREEN, BADER             JUDGE:      HON. EDWARD M. CHEN
    AL-ASAKER, SAUDI ARABIAN
21  CULTURAL MISSION, and JOHN DOES         DATE FILED:  MAY 16, 2023
    1- 10,                                  TRIAL DATE:  NONE SET
22
23                    DEFENDANTS.
24
25
26
27
28

PURSUANT TO THE JOINT STIPULATION FILED ON SEPTEMBER 18, 2024 (ECF No. 106), IT IS SO ORDERED THAT:

    1.    The deadline for Defendants Kingdom of Saudi Arabia, the Saudi Arabian Cultural Mission, Saud Al-Qahtani, and Bader Al-Asaker to answer or otherwise respond to the First Amended Complaint shall be extended to October 30, 2024.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE