September 26, 2024

**FILED**

OCT 03 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To:         United States District Court
            **Clerk Civil Findings**

Case No.:   3:23-cv-02369-EMC

Case:       Al-Sadhan, et al. vs. Twitter, et al.

Subject:    1. Filing Motion to Dismiss, and Request for Judicial Notice

            2. Request to Have Hearing Date Scheduled

    I have enclosed for filing a Motion to Dismiss for the above referneced case. Please file the enclosed Motion and stamp the enclosed copy of Page 1 and return it to me at the address below.

    I am also enclosing for filing a NOTICE OF AND REQUEST FOR JUDICIAL NOTICE.


    SCHEDULE HEARING DATE:  I am not able to schedule a hearing date as I do not have access to the internet or the ability to call.

    Can you please schedule a hearing date and let me know what it is.  I will then file a Notice to the other Parties.

    Please set the hearing date at least 75 days away as I need extra time for my reply.


    Thank you for your cooperation.


Sincerely,

Ahmad Abouammo, No. 49536-086
Federal Correction Institution Lompoc I
3600 Guard Road
Lompoc, CA 93436