**CERTIFIED MAIL®**

9589 0710 5270 0917 1654 17

Abdullahi, Ahmad
Reg. No: 49536-086
Federal Correction Institution Lompoc 1
3600 Guard Road
Lompoc, CA 93436

23-2369

Clerk of the Court
U.S. District Court
Northern District of California
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

RECEIVED
OCT 03 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL   LEGAL MAIL   LEGAL MAIL



FCC LOMPOC 3901 KLEIN BLVD, LOMPOC CA 93436

DATE: 9-30-24

THE FOLLOWING LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THIS LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION, IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESS, PLEASE RETURN THE ENCLOSED TO THE ABOVE ADDRESS.