Case 3:23-cv-02369-EMC   Document 110   Filed 10/03/24   Page 1 of 6

Ahmad Abouammo
Federal Correctional Institution Lompoc I
3600 Guard Road

Defendant Pro Per

**FILED**

OCT 03 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AREEJ AL-SADHAN, et a., Plaintiffs, | Case No. 3:23-cv-02369-EMC |
| vs. | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AHMAD ABOUAMMO'S MOTION TO DISMISS AMENDED COMPLAINT |
| | Date: |
| | Time: |
| | Dept.: Courtroom 5 – 17th Floor |
| | Judge: Non. Edward M. Chen |
| TWITTER, INC., et al., Defendants. | Date Filed: May 16, 2023<br>Trial Date: Not Yet Set |

## REQUEST FOR JUDICIAL NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201, and any other applicable rule, Defendant Ahmad Abouammo requests that the Court take judicial notice of and/or incorporate the following materials in support of his Motion to Dismiss Amended Complaint filed concurrently herewith:

1. Chapter 7 Bankruptcy Discharge of Defendant Ahmad Abouammo, issued by the United States Bankruptcy Court. A copy of the Bankruptcy Discharge is attached as Exhibit "A". The Bankruptcy Discharge was issued on December 4, 2019.

## MEMORANDUM OF POINTS AND AUTHORITIES

The document set forth and described above, is appropriate for Judicial Notice as it is a document from the the records of the United States Bankruptcy Court.

-1-

Request For Judicial Notice

When ruling on a motion to dismiss, a court may consider material appropriate for judicial notice. <u>Tellabs, Inc. vs. Makor Issues & Rights, Ltd.</u>, 551 U.S. 308, 322 (2007). Courts may take judicial notice of facts that are "not subject to reasonable dispute." Fed R. Evid. 201(b). Facts are not subject to reasonable dispute when they are (1) "generally known within the trial court's territorial jurisdiction;" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Id.

Clearly, the Bankruptcy Court Discharge of Defendant is such a document that is not subject to reasonable dispute, the fact that Defendant received a discharge and is within the trial court's territorial jurisdiction.

## CONCLUSION

For the foregoing reasons, Defendant Ahmad Abouammo respectfully requests that the Court incorporate by reference and take judicial notice of Exhibit "A" hereto, and to the Motion To Dismiss Amended Complaint, filed by Defendant Ahmad Abouammo.

Date:  September 26, 2024                    Respectfully submitted,

                                             _____
                                             Ahmad Abouammo
                                             Defendant In Pro Per

## DECLARATION OF AHMAD ABOUAMMO

I, Ahmad Abouammo, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could testeify thereto.

2. I am a defendant in United States District Court Case No. 3:23-cv-02369-EMC in the Northern District of California.

3. I filed Chapter 7 bankruptcy in the Western District of Washington as Case Number 19-13162-TWD on August 26, 2019.

4. I received a bankruptcy discharge in said bankruptcy case on December 4, 2019. A true and correct copy of the bankruptcy discharge is attached as Exhibit "A".

I declare under penalty of perjury that the foregoing is true and correct.

Dated September 26, 2024 at Lompoc, California.

_____
Ahmad Abouammo

**EXHIBIT
"A"**

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ahmad Muhieddine Abou Ammo**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx-xx-2961<br>EIN __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN __-_____ |
| United States Bankruptcy Court   Western District of Washington | | |
| Case number: 19-13162-TWD | | |

# Order of Discharge                                                                                           12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ahmad Muhieddine Abou Ammo

12/4/19                                                     By the court: <u>Timothy W. Dore</u>
                                                                                      United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                     **Order of Discharge**                     page 2