23-2369

FILED

OCT 03 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

On September 26, 2024, I deposited with Legal Mail at Lompoc Federal Correction Institution I, a copy of the following documents


1. Request for Judicial Notice

2. Notice of Motion and Motion to Dismiss First Amended Complaint


with postage fully prepaid in a sealed envelope addressed as follows:

> Jim Walden, Attorney
> Walden Macht & Haran LLP
> 250 Vesey Street
> New York, NY 10281

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2024 at Lompoc, California

Ahmad Abouammo