Jim Walden (pro hac vice), jwalden@wmhwlaw.com
Avni P. Patel (pro hac vice), apatel@wmhwlaw.com
Deanna Paul (pro hac vice), dpaul@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY 10281
(212) 225-2030

Marc Van Der Hout (SBN 80778), mv@vblaw.com
Johnny Sinodis (SBN 290402), jsin@vblaw.com
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
(415) 821-8820

Attorneys for Plaintiff Areej Al-Sadhan

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AREEJ AL-SADHAN and ABDULRAHMAN AL-SADHAN, an Incompetent, by his Sister and Next Friend AREEJ AL-SADHAN,<br><br>PLAINTIFFS,<br>v.<br><br>TWITTER, INC., KINGDOM OF SAUDI ARABIA, SAUD AL-QAHTANI, AHMAD ABOUAMMO, ALI ALZABARAH, AHMED ALMUTAIRI a/k/a AHMED ALJBREEN, BADER AL-ASAKER, SAUDI ARABIAN CULTURAL MISSION, and JOHN DOES 1- 10,<br>DEFENDANTS. | Case No. 3:23-cv-02369-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>DEPT.: COURTROOM 5 – 17TH FLOOR<br>JUDGE: HON. EDWARD M. CHEN<br><br>DATE FILED: MAY 16, 2023<br>TRIAL DATE: NONE SET |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(i), Plaintiff Areej Al-Sadhan by and through her undersigned counsel, hereby gives notice of her voluntary dismissal of this case without prejudice. No Defendant has yet served an answer or moved for summary judgment in this case. Under Rule 41(a)(1)(B), such dismissal is without prejudice

1 | Dated: New York, New York
2 |       October 17, 2024

**WALDEN MACHT HARAN & WILLIAMS LLP**

By: _____

Jim Walden (*pro hac vice*)
Avni P. Patel (*pro hac vice*)
Deanna Paul (*pro hac vice*)
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2041